Slip Op. 13-117

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| STEVEN M. CARL,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES SECRETARY<br>OF AGRICULTURE,<br><br>                    Defendant. | Before: Leo M. Gordon, Judge<br><br>Court No. 11-00271 |

**JUDGMENT**

Upon consideration of Defendant's Reconsideration Upon Remand of the Application of Steven M. Carl, ECF No. 33 (Aug. 20, 2013) ("Redetermination"), consultation with the parties, and all other papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that the Redetermination is sustained.

                                            /s/ Leo M. Gordon
                                        Judge Leo M. Gordon

Dated: August 30, 2013
          New York, New York